**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7133**

---

ANTHONY LEON HOOVER,

Petitioner - Appellant,

v.

STEPHEN WADDELL; STATE OF NORTH CAROLINA; JOHN GRAY,

Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-00762-CCE-LPA)

---

Submitted:  March 11, 2025                    Decided:  March 14, 2025

---

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Leon Hoover, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover, a state prisoner, seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing without prejudice his 28 U.S.C. § 2241 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Hoover seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Britt v. DeJoy*, 45 F.4th 790, 793, 797 (4th Cir. 2022) (en banc) (order) (explaining that a district court's "order that dismisses a complaint with leave to amend is not a final decision" and that plaintiff must either file an amended complaint in the district court or "request that the district court enter a final decision dismissing [his] case without leave to amend"). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2